UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RODO INC.,

                Plaintiff(s),          **22-cv-9736 (VSB) (VF)**

    -against-                    **ORDER RESCHEDULING
                                            DISCOVERY CONFERENCE**

TALLES GUIMARAES and ARI COHEN,

                Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference in this matter is hereby rescheduled to **Thursday, April 20, 2023 at 11:00 a.m.** At the conference, the Court will address Rodo Inc. ("Rodo")'s letter motion to compel Exactcar, Inc. ("Exactcar") to comply with Rodo's Subpoena (ECF No. 59), and defendant Ari Cohen's letter response (ECF No. 60). In addition to counsel for all parties, counsel for Exactcar is directed to appear at the conference. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

       **SO ORDERED.**

DATED:    New York, New York
                March 30, 2023

                                                                  _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge