UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RODO INC.,

                            Plaintiff(s),                            **22-cv-9736 (VSB) (VF)**

            -against-                                     **ORDER**

TALLES GUIMARAES and ARI COHEN,

                            Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        As discussed at the conference on April 20, 2023, Exactcar, Inc. ("Exactcar") is directed to provide a response to the subpoena issued by Rodo Inc. ("Rodo") (<u>see</u> ECF No. 54-1) by no later than May 22, 2023. In its response, Exactcar is also directed to include a brief explanation as to the search it conducted, including what search terms were used and what custodians were searched. Should any disputes remain after Exactcar provides its response, Rodo is directed to submit a letter to the Court raising the dispute(s) by no later than June 1, 2023. Exactcar is then directed to respond by June 9, 2023.

                              **SO ORDERED.**

DATED:      New York, New York
                April 20, 2023

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge