UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RODO INC.,

                       Plaintiff(s),                        22-cv-9736 (VSB) (VF)

    -against-                          **ORDER SCHEDULING
                                                                                 CONFERENCE**

TALLES GUIMARAES and ARI COHEN,

                       Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter to discuss any outstanding discovery disputes is hereby scheduled for **Monday, October 23, 2023, at 11:00 a.m.** Exactcar, Inc. is directed to retain new counsel should it wish to appear at the conference given that corporate parties may not appear pro se. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:    New York, New York
                   September 15, 2023

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                    United States Magistrate Judge