UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RODO INC.,

                Plaintiff(s),              22-cv-9736 (VSB) (VF)

    -against-                   **ORDER SCHEDULING CONFERENCE**

TALLES GUIMARAES and ARI COHEN,

                Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter to address Plaintiff's motion to compel Exactcar, Inc. ("Exactcar") to comply with Plaintiff's subpoena and to award costs against Exactcar in connection with enforcement of the subpoena at ECF No. 59, is hereby scheduled for **Tuesday, November 21, 2023, at 10:00 a.m.** A copy of this order will be emailed to a representative of Exactcar who is directed to appear at the conference.

      Exactcar's representative and counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:    New York, New York
               November 17, 2023

                                                                                      VALERIE FIGUEREDO
                                                                                      United States Magistrate Judge