> Application Granted
> *Valerie Figueredo, U.S.M.J.*
> DATED: November 20, 2023
> The conference scheduled for November 21, 2023 is **rescheduled for November 29, 2023 at 2:00 p.m.** The dial-in information remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 84.

LAW OFFICES OF

# JONATHAN M. COOPER

483 Chestnut Street
Cedarhurst, New York 11516
Tel: (516) 791-5700
Fax: (516) 791-8188
www.JonathanCooperLaw.com

NEW YORK CITY OFFICE
135 West 29th Street, Suite 801
New York, New York 10001
(By Appt)

Please reply to Cedarhurst Office

November 17, 2023

*Via ECF*

Hon. Valerie Figueredo, U.S.M.J.
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

       Re: *Rodo, Inc. v. Guimaraes & Cohen*
       Case No.: 1:22-cv-09736-VSB-VF

Dear Judge Figueredo:

    As the Court is aware, this office represents defendant Ari Cohen ("Cohen"). We submit this letter requesting an adjournment of the oral argument on plaintiffs' application for sanctions against non-party Exactcar that the Court just scheduled for this coming Tuesday, November 21 [ECF Doc. 83]. No prior request for an adjournment has been made. The reason for this request is that your Affirmant is scheduled to start a trial this coming Monday in a different matter, and we are unsure that the trial will be completed by the time of the scheduled oral argument the following day. This application is made on all parties' consent, and the parties are presently available for oral argument the following week, on November 27 or 28.

    We thank the Court in advance for its kind consideration of this request.

                                        Respectfully submitted,

                                        *Jonathan M. Cooper*

                                        Jonathan M. Cooper

cc:    All Counsel entitled to service via ECF
         Kevin Azzouz (via email)