**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RODO INC.,

                       Plaintiff,

        -against-

TALLES GUIMARAES and ARI COHEN,

                       Defendants,
-----------------------------------------------------------------X

ARI COHEN

                 Counter Claimant,

        -against-

RODO INC.,

                Counter Defendant.
-----------------------------------------------------------------X

**22-cv-9736 (VSB) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status letter updating the Court as to the status of

the case on or before **<u>Wednesday, October 30, 2024</u>**.

      **SO ORDERED.**

DATED:    New York, New York
           October 16, 2024

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge